THIS ORDER IS APPROVED.

Dated: February 27, 2020

Brenda Moody Whinery, Chief Bankruptcy Judge
_____

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>JEFFREY STANTON-JAMES JACOBS,<br><br>Debtor. | Chapter 7 Proceeding<br><br>Case No. 4:19-bk-13708-BMW |
| RKGA, LLC an Arizona Limited Liability Company,<br><br>Movant,<br><br>v.<br><br>JEFFREY STANTON-JAMES JACOBS, Debtor; STANLEY J. KARTCHNER, Trustee,<br><br>Respondents. | **RULING AND ORDER RE: MOTION FOR RECONSIDERATION REGARDING ORDER TERMINATING STAYS** |

This matter came before the Court pursuant to the *Motion for Reconsideration* (Adv. Dkt. 30)[1] and *Amended Motion for Reconsideration* (Adv. Dkt. 38) (collectively, the "Motion for Reconsideration") filed by Jeffrey Stanton-James Jacobs (the "Debtor") on February 7, 2020 and February 13, 2020, which motion was filed in adversary case *Jeffrey Stanton-James Jacobs v. Wells Fargo Home Mortgage, N.A. & Quality Loan Service Corporation* (4:19-ap-00422-BMW). In the Motion for Reconsideration, the Debtor asks, among other things, that the Court reconsider

---
[1] References to "Adv. Dkt." are references to the adversary docket in *Jeffrey Stanton-James Jacobs v. Wells Fargo Home Mortgage N.A. et al.* (4:19-ap-00422-BMW).

the *Order Terminating Stays* (the "Stay Relief Order") (Dkt. 31), which order the Debtor previously moved the Court to reconsider, and which request was denied. (Dkt. 69).

In this second request, the Debtor has asserted no basis upon which the Court should reconsider its prior ruling. The Motion for Reconsideration merely asks the Court "not [to] lift the stay." (Adv. Dkt. 38). The Court will not entertain the Debtor's second request that the Court reconsider the Stay Relief Order.

Wherefore, based upon the foregoing, upon consideration of the entire record, and for good cause shown;

**IT IS HEREBY ORDERED** that the Debtor's second request that the Court reconsider the Stay Relief Order is denied.

**DATED AND SIGNED ABOVE.**

Notice to be sent through the
Bankruptcy Noticing Center ("BNC")
to the following:

Jeffrey Stanton-James Jacobs
000 Lot 16 S Lakeside Ridge Lp
Tucson, AZ 85730-2700

Notice of Electronic Filing to be sent via email,
through the CM/ECF System, to the following registered users:

Howard A. Chorost
Law Offices of Howard A. Chorost, P.C.
*Counsel for RKGA, LLC*

Stanley J. Kartchner, Chapter 7 Trustee

U.S. Trustee, Office of the U.S. Trustee